Michael K. Brown (CSBN 104252)
Thomas J. Yoo (CSBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   (213) 457-8000
Facsimile:    (213) 457-8080

Steven J. Boranian (CSBN 174183)
Susan B. Altman (CSBN 230227)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
Merck & Co., Inc

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN PERKINS, CRAIG PERKINS, and ANTHONY PERKINS<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO.; INC AND DOES 1 through 25<br><br>Defendants. | No. 2:05-CV-01027-LKK-KJM<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING THE TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Hearing Date: July 18, 2005<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Trial Date: None set<br><br>Honorable Lawrence K. Karlton |

The parties, by and through their counsel, stipulate to and respectfully request a stay of all proceedings in this action pending the transfer of this case to In re VIOXX Products Liability Litigation, MDL No. 1657.

Plaintiffs Shaun, Craig and Anthony Perkins attribute their mother's death to the prescription drug VIOXX®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed VIOXX®, but voluntarily withdrew VIOXX® from the market on September 30, 2004.

On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring 148 VIOXX®-related cases to the United States District Court for the Eastern District of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407. Merck intends to seek the transfer of this action to that Multidistrict Litigation, In re VIOXX Products Liability Litigation, MDL No. 1657, and shortly will provide the JPML with notice of this action pursuant to the procedure for "tag along" actions set forth in the rules of the JPML. A stay will potentially conserve judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further judicial economy because "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the consolidated litigation").

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

DATED:  June 16, 2005.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No. 2:05-CV-01027-LKK-KJM                   - 2 -
STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MDL TRANSFER

|   |   |
|---|---|
| | REED SMITH LLP |
| | By /s/ Susan B. Altman |
| | Steven J. Boranian |
| | Attorneys for Defendant |
| | Merck & Co., Inc. |
| DATED: June 16, 2005. | |
| | DENNIS L. FLEMING ATTORNEY AT LAW |
| | By /s/ Dennis L. Fleming |
| | Dennis L. Fleming |
| | Attorneys for Plaintiffs |
| | Shaun, Craig and Anthony Perkins |

### **ORDER**

Having considered the foregoing stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED:  July 12, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge