A CERTIFIED TRUE COPY

AUG 2 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
EASTERN DISTRICT OF LA

2005 AUG -4 AM 11: 19

DOCKET NO. 1657
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 5 2005

FILED
CLERK'S OFFICE

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

**FILED**

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-19)*

AUG 2 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 832 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

AUG 8 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

## SCHEDULE CTO-19 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION
                                                                          EDLA
                                                                          SEC. L/3
ALABAMA NORTHERN
ALN   2  05-1054          Jeffrey L. Crook v. Merck & Co., Inc., et al. Vacated 7/29/05
ALN   2  05-1266          Alvin Hudson v. Merck & Co., Inc.                05-3345
ALN   2  05-876           Joslyn Brown, etc. v. Merck & Co., Inc.          05-3346
ALN   7  05-996           Chamis Kimani, etc. v. Merck & Co., Inc., et al. 05-3347

ARKANSAS EASTERN
ARE   4  05-684           Jerry Russell Langley, et al. v. Merck & Co., Inc.  05-3348

ARKANSAS WESTERN
ARW   1  05-1050          Deltha King v. Merck & Co., Inc.                 05-3349

CALIFORNIA CENTRAL
CAC   2  05-3722          Russ Whitmeyer v. Merck & Co., Inc.              05-3350
CAC   2  05-3853          Jake E. Baker, et al. v. Merck & Co., Inc.       05-3351
CAC   2  05-3854          Robert Schwartz v. Merck & Co., Inc.             05-3352
CAC   2  05-3974          Joe Obbema, et al. v. Merck & Co., Inc.          05-3353
CAC   2  05-3975          Tony Ortega, et al. v. Merck & Co., Inc.         05-3354
CAC   2  05-4025          Tommy Albright, et al. v. Merck & Co., Inc., et al. Vacated 7/29/05
CAC   2  05-4037          John Thayer, et al. v. Merck & Co., Inc.         05-3355
CAC   2  05-4038          Judith L. Oldham v. Merck & Co., Inc.            05-3356
CAC   8  05-350           Jerry Kirby v. Merck & Co., Inc.                 05-3357

CALIFORNIA EASTERN
CAE   2  05-1027          Shaun Perkins, et al. v. Merck & Co., Inc.       05-3358

CALIFORNIA NORTHERN
CAN   3  05-2349          Kathy Edmonds, et al. v. Merck & Co., Inc., et al.  05-3359
CAN   5  05-2026          Pauline Ferrell v. Merck & Co., Inc., et al.     05-3360

FLORIDA MIDDLE
FLM   2  05-276           Geraldine Shedd, et al. v. Merck & Co., Inc., et al.  05-3361
FLM   3  05-530           William P. Monahan, et al. v. Merck & Co., Inc.  05-3362
FLM   5  05-269           Thomas M. McCulla, et al. v. Merck & Co., Inc.   05-3363
FLM   5  05-270           Scott S. Gardner, et al. v. Merck & Co., Inc.    05-3364
FLM   6—05-856            Michael Jackson v. Merck & Co., Inc.             05-3365
FLM   8  05-1054          Susan M. Johnson v. Merck & Co., Inc.            05-3366
FLM   8  05-1055          Mary Jane White, et al. v. Merck & Co., Inc.     05-3367
FLM   8  05-1056          Finley F. Gable, Jr., et al. v. Merck & Co., Inc.  05-3368

FLORIDA SOUTHERN
FLS   0  05-60924         Margie Kay Marlow, et al. v. Merck & Co., Inc.   05-3369
FLS   0  05-60925         Jerome E. Lord, et al. v. Merck & Co., Inc., et al.  05-3370
FLS   9  05-80495         Ronald A. Smith v. Merck & Co., Inc., et al.     05-3371
FLS   9  05-80508         Michelle Zichlin v. Merck & Co., Inc.            05-3372

GEORGIA MIDDLE
GAM   1  05-71            Annie R. Kimbrel, etc. v. Merck & Co., Inc.      05-3373